## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEC CORPORATION, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-986-CFC |
| | ) |
| OUR BODY ELECTRIC, INC., | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff NEC Corporation ("NEC") and Defendant Our Body Electric, Inc. ("OBE"), subject to the approval of the Court, that:

1. Defendant OBE's time to answer, move or otherwise respond to the First Amended Complaint (D.I. 18) shall be extended through and including December 1, 2022.

2. Plaintiff NEC's time to respond to OBE's response to the First Amended Complaint is extended by one week to either December 22, 2022 if a renewed motion to dismiss is filed, or December 29, 2022 if counterclaims are filed.

| | |
|---|---|
| MORRIS JAMES LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Kenneth L. Dorsney*<br>　　Kenneth L. Dorsney (#3726)<br>　　Cortlan S. Hitch (#6720)<br>　　500 Delaware Avenue, Suite 1500<br>　　Wilmington, DE 19801<br>　　Tel:  (302) 888-6800<br>　　kdorsney@morrisjames.com<br>　　chitch@morrisjames.com | By: */s/ David E. Moore*<br>　　David E. Moore (#3983)<br>　　Bindu A. Palapura (#5370)<br>　　Brandon R. Harper (#6418)<br>　　Hercules Plaza, 6th Floor<br>　　1313 N. Market Street<br>　　Wilmington, DE  19801<br>　　Tel:  (302) 984-6000<br>　　dmoore@potteranderson.com<br>　　bpalapura@potteranderson.com<br>　　bharper@potteranderson.com |
| *Attorneys for Plaintiff*<br><br>Dated:  November 16, 2022<br>1044449 / 22452.00001 | *Attorneys for Defendant* |

　　　IT IS SO ORDERED, this _____ day of November 2022.


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Colm F. Connolly
　　　　　　　　　　　　　　　　　　　Chief, United States District Court Judge