# Morris James LLP

Cortlan S. Hitch<br>
302.888.6988<br>
chitch@morrisjames.com

April 13, 2023

**VIA CM/ECF FILING**
Magistrate Judge Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28
Room 2325
Wilmington, DE 19801-3555

**Re:** *NEC Corporation v. Our Body Electric, Inc.*, Civil Action No. 22-cv-986 (D. Del.)
*NEC Corporation v. Peloton Interactive, Inc.*, Civil Action No. 22-cv-987 (D. Del.)
*NEC Corporation v. Tone It Up, Inc.*, Civil Action No. 22-cv-988 (D. Del.)

Dear Judge Burke:

The parties in the above-referenced matters write to request the scheduling of a teleconference to resolve disputes regarding a proposed supplemental protective order regarding source code protections.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on April 4, 2023.

| | |
|---|---|
| Delaware Counsel: | Cortlan Hitch (NEC Corporation) |
| | Michael Flynn (Peloton) |
| | Pilar Kraman (Tone it Up) |
| | David Moore (Our Body Electric) |
| | |
| Lead Counsel: | Jennifer Tempesta (NEC Corporation) |
| | Jennifer Klein Ayers (Peloton) |
| | Erika Van Loon (Tone it Up) |
| | Steven Wood (Our Body Electric) |

The supplemental protective order disputes requiring judicial attention are listed below:

1. Whether a Receiving Party may use a laptop computer or personal electronic device while inspecting Source Code Material in the inspection room;

2. The number of hard copy print-outs of specific lines, pages, or files of the Source Code Material a Receiving Party may request; and

The Honorable Christopher J. Burke
April 13, 2023
Page 2



3. Whether the Receiving Party's printouts or photocopies of Source Code Material must be kept in a secured locked area in the offices of outside counsel, or whether outside consultant or experts authorized under the Protective Order may keep such copies in a secured locked area in their offices as well.

Respectfully,

*/s/ Cortlan S. Hitch*

Cortlan S. Hitch (#6720)
chitch@morrisjames.com

cc: All counsel of record (via CM/ECF and electronic mail)