IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEC CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OUR BODY ELECTRIC, INC.,<br><br>　　　　Defendant. | Civil Action No. 22-986 (CJB) |
| NEC CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC.,<br><br>　　　　Defendant. | Civil Action No. 22-987 (CJB) |
| NEC CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TONE IT UP, INC.,<br><br>　　　　Defendant. | Civil Action No. 22-988 (CJB) |

**MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE**

　　NEC Corporation respectfully moves this Court to address an outstanding dispute regarding the drafting of a supplemental protective order. *See* ((C.A. No. 22-986, D.I. 48); (C.A. No. 22-987, D.I 47. ); (C.A. No. 22-988, D.I. 50)).

　　Pursuant to the Court's Scheduling Order ((C.A. No. 22-986, D.I. 37); (C.A. No. 22-987, D.I. 36); (C.A. No. 22-988, D.I. 39)), the parties will provide submissions and present their respective positions consistent with the Court's forthcoming Oral Order scheduling a teleconference.

1

Dated: April 13, 2023

                                                 */s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Plaintiff*
*NEC Corporation*

**SO ORDERED** this _____ day of April, 2023.

                                                _____
United States District Court Magistrate Judge