# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PELOTON INTERACTIVE, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 20-662-RGA |
| iFIT, INC. | ) ) ) | |
| Defendant. | ) | |
| iFIT, INC., | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 20-1386-RGA |
| PELOTON INTERACTIVE, INC., | ) ) ) | |
| Defendant. | ) | |
| iFIT, INC., | ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) ) | C.A. No. 21-507-RGA |
| PELOTON INTERACTIVE, INC., Defendant. | ) ) ) ) | |

## STIPULATION AND [PROPOSED] ORDER REGARDING PROTECTIVE ORDERS

WHEREAS, the parties have agreed to review source code simultaneously in C.A. No. 20-662-RGA, C.A. No. 20-1386-RGA, and C.A. No. 21-507-RGA (the "Related Cases");

WHEREAS, a Protective Order has not yet been entered in C.A. No. 21-507-RGA; and

WHEREAS, the parties agree that the provisions of the Stipulated Protective Orders governing review of source code in the Related Cases should conform;

RLF1 26091572v.1

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that:

1. Paragraph 8(h) of the Stipulated Protective Orders in C.A. No. 20-662-RGA (D.I. 63) and C.A. No. 20-1386-RGA (D.I. 33) is amended to read as follows:

h. During inspection, the Receiving Party shall not be permitted to photograph, copy, remove, or otherwise transfer any portion of the source code onto any recordable media or recordable device. However, ==the Receiving Party shall be entitled to take handwritten notes relating to the source code.==

2. Paragraphs 6.3 and 8 of the Stipulated Protective Orders in C.A. No. 20-662-RGA (D.I. 63) and C.A. No. 20-1386-RGA (D.I. 33) shall govern the source code review in C.A. No. 21-507-RGA unless and until a Stipulated Protective Order is entered in C.A. No. 21-507-RGA.

| | |
|---|---|
| */s/ Michael J. Flynn* | */s/ Christine D. Haynes* |
| Michael J. Flynn (#5333) | Frederick L. Cottrell, III (#2555) |
| Morris, Nichols, Arsht & Tunnell LLP | Christine D. Haynes (#4697) |
| 1201 N. Market Street | Valerie A. Caras (#6608) |
| P. O. Box 1347 | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19801 | 920 N. King Street |
| (302) 658-9200 | Wilmington, DE 19801 |
| mflynn@mnat.com | (302) 651-7700 |
| | cottrell@rlf.com |
| *Attorneys for Peloton Interactive, Inc.* | haynes@rlf.com |
| | caras@rlf.com |
| | |
| | *Attorneys for iFit, Inc.* |
| Dated: September 30, 2021 | |

SO ORDERED this __1st__ day of _____October_____, 2021.

/s/ Richard G. Andrews
U.S.D.J.

RLF1 26091572v.1